UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-1760 JC | Date | April 11, 2014 |
|---|---|---|---|
| Title | Neman Brothers & Associates, Inc. v. New Ashley Stewart Inc. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:**      (In Chambers)

**ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION**

The action herein was filed on March 10, 2014. On March 31, 2014, plaintiff filed a proof of service regarding service of the complaint and summons on the sole named defendant on March 13, 2014. Defendant's deadline to file a responsive pleading (April 3, 2014) has expired. See Fed. R. Civ. P. 4(h)(1), 12(a)(1); Cal. Code Civ. Proc. §§ 415.10, 416.10. Since that date, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter. No answer has been filed. Nor has defendant requested an extension of time to file a responsive pleading. No request for the entry of default has been filed.

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **April 22, 2014**, why this action should not be dismissed for lack of prosecution.

It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently. Except as specified in Local Rule 8-3, all stipulations affecting the progress of the case must be approved by the Court. L.R. 7-1, 8-3.

IT IS SO ORDERED.

| | Initials of Preparer | hr |
|---|---|---|